SMB
7/21/08
8:30am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 21 AM 10:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Heriberto TOVAR-Torres**
AKA(s): Ricardo Garcia GARCIA
Heriberto Torres TOBAR
Juaquin ACOSTA
Joaquin ACOSTA
Eric TORRES
Heriberto Jesus TOVAR
Defendant.

Magistrate Case No.
'08 MJ 2202

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326;
Deported Alien Found in the United States

The undersigned complainant, being duly sworn, states:

On or about, **April 29, 2008**, within the Southern District of California, defendant, **Heriberto TOVAR-Torres AKA(s): Ricardo Garcia GARCIA, Heriberto Torres TOBAR, Juaquin ACOSTA, Joaquin ACOSTA, Eric TORRES, Heriberto Jesus TOVAR,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, United States Immigration and Customs Enforcement (ICE) Immigration Enforcement Agent, Rommel Lapid, declare under penalty of perjury the following to be true and correct:

On April 29, 2008, the defendant, **Heriberto TOVAR-Torres AKA(s): Ricardo Garcia GARCIA, Heriberto Torres TOBAR, Juaquin ACOSTA, Joaquin ACOSTA, Eric TORRES, Heriberto Jesus TOVAR,** was apprehended by U.S. Border Patrol Agents near Otay Mesa, California for illegal entry and parole violation. Defendant was booked into San Diego county jail where an Immigration Agent determined him to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release.

On July 18, 2008, defendant was referred to the custody of ICE for further action. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant, **Heriberto TOVAR-Torres**, had been ordered removed from the United States by an Immigration Judge on January 23, 1998, and removed to Mexico via the Otay Mesa, California, Port of Entry on that same day. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT and Automated Fingerprint Identification System IAFIS were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Heriberto TOVAR-Torres AKA(s): Ricardo Garcia GARCIA, Heriberto Torres TOBAR, Juaquin ACOSTA, Joaquin ACOSTA, Eric TORRES, Heriberto Jesus TOVAR**, a citizen and national of Mexico.

EXECUTED ON THIS **18th** DAY OF **July 2008** AT 5:30pm

[signature]

Rommel Lapid
Immigration Enforcement Agent

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **April 29, 2008** in violation of Title 8, United States Code, Section 1326.

[signature]

U.S. MAGISTRATE JUDGE

7/19/08 – 1050 pm

DATE / TIME